# ALABAMA COURT OF CRIMINAL APPEALS



December 5, 2025

**CR-2024-0425**

Quarmica Lashun Colley v. State of Alabama (Appeal from Jefferson Circuit Court: CC-21-1399)

## <u>NOTICE</u>

You are hereby notified that on December 5, 2025, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk